AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

LAVAR G. VARNADO,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:08-CV-00668-LRH-VPC**

BILL DONAT, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this Court's January 13, 2009, order.

  April 8, 2009                                   **LANCE S. WILSON**
                                                                Clerk

                                                           /s/ D. R. Morgan
                                                            Deputy Clerk